**Opinion issued May 24, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00890-CV

_____

**ANGEL MORTGAGE INCOME RESOURCES AND PRESTON JULIAN,**
**Appellants**

**V.**

**ROSE GUIDRY KINSEY, Appellee**

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Case No. 2014-31312

## MEMORANDUM OPINION

Appellants, Angel Mortgage Income Resources and Preston Julian, have neither established indigence for purposes of appellate costs or paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P.

20.1, 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.